# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

A.T.W., T.L.R., T.W.R. and R.C.R.,

    **Plaintiffs,**

v.                                                     Case No:   6:14-cv-1917-Orl-22GJK

**WALT DISNEY PARKS AND RESORTS US, INC.,**

    **Defendant.**

___

## ORDER

This cause is before the Court on the recommendation of the Magistrate Judge that this case be dismissed with prejudice (Doc. No. 68) filed on November 10, 2016.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the recommendation.

Therefore, it is **ORDERED** as follows:

1. The recommendation filed November 10, 2016 (Doc. No. 68), is ADOPTED and CONFIRMED and made a part of this Order.

2. This case is DISMISSED WITH PREJUDICE.

3. The Clerk is directed to CLOSE the file.

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on November 28, 2016.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record